1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11    BASEM ELIAS ZAYER,                    Case No. CV 15-5200-DSF (GJS)
12              Petitioner
13         v.                               **JUDGMENT**
14    K. HOLLAND,
15              Respondent.
16
17       Pursuant to the Court's Order Accepting the Findings and Recommendations of
18   United States Magistrate Judge,
19
20       IT IS ADJUDGED THAT this action is dismissed with prejudice.
21
22   DATE: September 19, 2016        _____
23                                   DALE S. FISCHER
                                     UNITED STATES DISTRICT JUDGE
24
25
26
27
28